■ SUSANA CASTRO, Respondent, v HAROLD SMITH, Respondent and REUBEN ESTRADA et al., Appellants. (Action No. 1.) HAROLD H. SMITH et al., Respondents, v REUBEN ESTRADA et al., Appellants. (Action No. 2.)—In two negligence actions to recover damages for personal injuries, defendants Reuben Estrada and Ong-Ous Pongsamurrugso appeal from an order of the Supreme Court, Queens County, entered June 14, 1978, which, *inter alia,* removed Action No. 1 from the Supreme Court, Queens County and consolidated it with Action No. 2 in New York County. Order modified to the extent of directing that the venue of the consolidated action be placed in Queens County. As so modified, order affirmed, with $50 costs and disbursements to the appellants (see *Grucci v Mercury Chem. Co.,* 26 AD2d 788). Mollen, P. J., Martuscello, Rabin and Gulotta, JJ., concur.